# EXHIBIT A

KD726-L01-0801359 T00006 P001 ········ MIXED AADC 159
MARK POGOLINO

September 29, 2023

**RE: Notice of Data Privacy Event**

Dear MARK:

Builders Mutual Insurance Company, Inc. ("Builders Mutual") writes to notify you of an incident that may affect the privacy of some of your information. Builders Mutual is a leading provider of commercial insurance products to the construction industry in the Mid-Atlantic and Southeast. Builders Mutual was provided your information to provide such services. This letter includes details of the incident, our response, and steps you can take to better protect against possible misuse of your information, should you feel it appropriate to do so.

**What Happened?** On December 14, 2022, Builders Mutual discovered suspicious activity on certain computer systems. We immediately launched an investigation with the assistance of third-party specialists. Our investigation determined there was unauthorized access to our network beginning on December 14, 2022, and certain files were copied on December 15, 2022. We undertook a comprehensive review of the files to determine whether these files contained any sensitive information. On August 1, 2023, we determined the files contained information related to you.

**What Information Was Involved?** Builders Mutual determined the following information related to you was present within the potentially affected files: your name, Social Security number, date of birth, and workers compensation information.

**What Builders Mutual Is Doing.** Builders Mutual takes the confidentiality, privacy, and security of information in our care seriously. We reported this incident to law enforcement, and we have taken steps to implement additional safeguards and review policies and procedures relating to data privacy and security.

As an added precaution, we are offering you complimentary access to 12 months of credit monitoring and identity theft restoration services through Experian. We encourage you to enroll in these services, as we are unable to act on your behalf to enroll you. Please review the instructions contained in the attached *Steps You Can Take to Help Protect Your Information* for additional information on these services.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud, to review your account statements, and to monitor your credit reports for suspicious activity. You can also review the enclosed *Steps You Can Take to Help Protect Personal Information* for general guidance.