UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

In re:

BUILDERS MUTUAL DATA SECURITY INCIDENT LITIGATION

Case No. 5:23-CV-579-M-KS

**PARTIES' JOINT NOTICE OF SETTLEMENT**

Plaintiffs Matthew Kocher, Mark Rogolino, and James Jackson, individually and on behalf of those similarly situated, and Defendants Builders Mutual Insurance Company and Builders Mutual Insurance Company, Inc. (together "Builders Mutual" or "Defendant") (collectively, the "Parties") state as follows:

1. In October of 2023 Plaintiffs initiated three separate actions to remedy alleged injuries resulting from a data security incident impacting Defendant's systems.

2. On January 16, 2024, Plaintiffs filed a Consolidated Complaint against BMIC for: (1) Negligence; (2) Negligence per se; (3) Breach of Implied Contract; (4) Breach of Implied Covenant of Good Faith and Fair Dealing; (5) Breach of Fiduciary Duty; (6) Breach of Third-Party Beneficiary Contract; (7) Unjust Enrichment; (8) Violation of North Carolina Unfair Trade Practices Act; and (9) Declaratory Judgement.

3. Following consolidation of the three separate actions and filing of the Consolidated Complaint, the Parties agreed to submit this matter to private mediation.

4. The Parties attended mediation on April 29, 2024 with the Honorable Morton Denlow (Ret.) of JAMS.

5. As a result of the April 29th mediation, the Parties have reached an agreement in principle to fully resolve all claims in this case, including all claims affecting the putative class.

6. The Parties anticipate Plaintiffs will, by no later than June 28, 2024, file a motion for preliminary approval of the settlement.

Dated: May 29, 2024

Respectfully submitted,

/s/ Dana Smith
Dana Smith, Bar No. 51015
Mason A. Barney (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
E: dsmith@sirillp.com
E: mbarney@sirillp.com
E: tbean@sirillp.com

Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@ straussborrelli.com

Daniel Srourian (*pro hac vice*)
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, CA 90010
T: (213) 474-3800
E: daniel@slfla.com

/s/ Michael W. Jervis
Michael W. Jervis (admitted *pro hac vice*)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Ave, Suite 200
Devon, PA 19333
T: (267) 930-4498
E: mjervis@mullen.law

2

**CERTIFICATE OF SERVICE**

On May 29, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of North Carolina, Western Division. I hereby certify that I have served the documents on all counsel of record by a manner authorized by Fed. R. Civ. P. 5(b)(2)(E).

/s/    Dana Smith
Dana Smith
