IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-579-M-KS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BUILDERS MUTUAL DATA SECURITY | ) | **ORDER** |
| INCIDENT LITIGATION | ) | |

This matter is before the court on the parties' joint report regarding settlement, which the court construes as a motion to extend the stay previously ordered in this action. The parties report they "have reached an agreement in principle to fully resolve all claims in this case, including all claims affecting the putative class" and anticipate filing a motion for preliminary approval of the settlement by July 26, 2024. (Jt. Rep. [DE #34] at 2.) For the reasons stated in the joint report and for good cause shown, the court hereby EXTENDS the STAY previously ordered. On or before **July 26, 2024**, the parties shall file their motion for preliminary approval of the settlement or a joint report informing the court of the status of their settlement.

This 4th day of July 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge