UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

In re:

BUILDERS MUTUAL DATA SECURITY INCIDENT LITIGATION

Case No. 5:23-CV-579-M-KS

## PARTIES' JOINT REPORT REGARDING SETTLEMENT

Plaintiffs Matthew Kocher, Mark Rogolino, and James Jackson, individually and on behalf of those similarly situated, and Defendants Builders Mutual Insurance Company and Builders Mutual Insurance Company, Inc. (together "Builders Mutual" or "Defendant") (collectively, the "Parties") state as follows:

1. In October of 2023 Plaintiffs initiated three separate actions to remedy alleged injuries resulting from a data security incident impacting Defendant's systems.

2. On January 16, 2024, Plaintiffs filed a Consolidated Complaint against BMIC for: (1) Negligence; (2) Negligence *per se*; (3) Breach of Implied Contract; (4) Breach of Implied Covenant of Good Faith and Fair Dealing; (5) Breach of Fiduciary Duty; (6) Breach of Third-Party Beneficiary Contract; (7) Unjust Enrichment; (8) Violation of North Carolina Unfair Trade Practices Act; and (9) Declaratory Judgment.

3. Following consolidation of the three separate actions and filing of the Consolidated Complaint, the Parties agreed to submit this matter to private mediation.

4. The Parties attended mediation on April 29, 2024, with the Honorable Morton Denlow (Ret.) of JAMS.

5. As a result of the April 29th mediation, the Parties have reached an agreement in principle to fully resolve all claims in this case, including all claims affecting the putative class.

6. The parties previously informed the Court that Plaintiffs would file a motion for preliminary approval of the settlement by July 26, 2024.

7. However, the parties require a short extension to finalize and execute the longform settlement agreement. Thus, the Parties agree that Plaintiffs shall have until August 2, 2024, to file a motion for preliminary approval of the settlement.

Dated: June 26, 2024

Respectfully submitted,

/s/ Joel R. Rhine
Joel R. Rhine
NCSB 16028
Email: irr@irr@rhinelawfirm.com
Ruth A. Sheehan
NCSB 48069
Email: ras@rhinelawfirm.com
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road Suite 300
Wilmington NC 28403
Telephone (910) 772-9960

Dana Smith, Bar No. 51015
Mason A. Barney (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
E: dsmith@sirillp.com
E: mbarney@sirillp.com
E: tbean@sirillp.com

Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@ straussborrelli.com

Daniel Srourian (*pro hac vice*)

**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, CA 90010
T: (213) 474-3800
E: daniel@slfla.com

/a/ *Michael W. Jervis*
Michael W. Jervis (admitted *pro hac vice*)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Ave, Suite 200
Devon, PA 19333
T: (267) 930-4498
E: mjervis@mullen.law